IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JASON ROOK**                                                                                                 **PLAINTIFF**

v.                                           Case No. 3:24-cv-00036-JTK

**KILOLO KIJAKAZI**                                                                                      **DEFENDANT**
**Acting Commissioner**
**Social Security**

## ORDER

    Before the Court is Defendant's Unopposed Motion to Reverse and Remand this case to the Commissioner for further administrative proceedings. (Doc. No. 12) Upon examination of the merits of this case, this Court grants the motion and reverses and remands this case to the Commissioner pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C.§405(g).

    Also pending is Plaintiff's Motion to Extend Time to file brief. (Doc. No. 9) That motion is denied, as moot.

    SO ORDERED THIS 23rd day of July, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE